The Honorable Christopher M. Alston
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| In Re: | ) | Chapter 7 |
| --- | --- | --- |
| | ) | No. 17-10196 |
| MINH ANH TA | ) | |
| | ) | TRUSTEE'S REPORT |
| | ) | OF UNCLAIMED FUNDS |
| Debtor. | ) | |

The undersigned trustee of the estate of the debtor named above hereby reports unclaimed funds for surplus funds as follows:

| NAME AND LAST KNOWN ADDRESSES | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
| --- | --- | --- | --- |
| Minh Anh Ta<br>9203 39th Avenue Soutth<br>Seattle, WA 98118-4826 | N/A | $4,595.06 | $4,595.06 |

DATED this 24th day of January, 2021

*/s/ Ronald G. Brown*
Ronald G. Brown, Trustee

TRUSTEE'S REPORT

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7851 FACSIMILE